1 | DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
2 | PENG CHEN (CA SBN 205718)
KATHERINE L. PARKER (CA SBN 222629)
3 | DDoyle@mofo.com
SComer@mofo.com
4 | PChen@mofo.com
KParker@mofo.com
5 | MORRISON & FOERSTER LLP
12531 High Bluff Drive
6 | Suite 100
San Diego, California  92130-2040
7 | Telephone: 858.720.5100
Facsimile: 858.720.5125
8 |
Attorneys for Plaintiff
9 | BECKMAN COULTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BECKMAN COULTER, INC., | Case No.   C 07-05246-JL |
| Plaintiff, | **PLAINTIFF BECKMAN COULTER, INC.'S REQUEST FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |
| v. | |
| HEMOSENSE, INC., | |
| Defendant. | |

PLAINTIFF'S REQUEST FOR REASSIGNMENT TO A DISTRICT COURT JUDGE

sd-405455

1   The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 20, 2007

DAVID C. DOYLE
STEVEN E. COMER
PENG CHEN
KATHERINE L. PARKER
MORRISON & FOERSTER LLP

By:   /s/ David C. Doyle
       David C. Doyle

Attorneys for Plaintiff
BECKMAN COULTER, INC.