1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   BECKMAN COULTER, INC.,

*E-FILED - 1/15/08*

CASE NO.: C-07-05246-RMW

12              Plaintiff,

**CLERK'S NOTICE OF SETTING
CASE MANAGEMENT CONFERENCE**

13         v.

14   HEMOSENSE, INC.,

15              Defendant.

16

17

18        PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for

19   **February 22, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to

20   appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose,

21   California.  Parties are to file a Joint Case Management Statement by February 15, 2008.

        If the above-entitled matter settles counsel are required to notify the Court by contacting the

22   Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

23

24

25   DATED: January 15, 2008

26                                   BY:  _Jackie Garcia_____
                                          JACKIE GARCIA
27                                        Courtroom Deputy for
                                          Honorable Ronald M. Whyte

28

1

2    Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28