| | |
|---|---|
| 1 | DAVID C. DOYLE (CA SBN 70690) |
| | STEVEN E. COMER (CA SBN 154384) |
| 2 | PENG CHEN (CA SBN 205718) |
| | KATHERINE L. PARKER (CA SBN 222629) |
| 3 | DDoyle@mofo.com |
| | SComer@mofo.com |
| 4 | PChen@mofo.com |
| | KParker@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Drive |
| 6 | Suite 100 |
| | San Diego, California  92130-2040 |
| 7 | Telephone: 858.720.5100 |
| | Facsimile: 858.720.5125 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | BECKMAN COULTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BECKMAN COULTER, INC., | Case No.   C 07-05246-RMW |
|---|---|
| Plaintiff, | **PLAINTIFF BECKMAN COULTER, INC.'S MOTION FOR EXTENSION OF TIME TO SERVE THE SUMMONS AND COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| HEMOSENSE, INC., | |
| Defendant. | |
| | Civ. Loc. Rule 6-3 |
| | Complaint Filed: Oct. 15, 2007 |
| | Date: March 14, 2008 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Ronald M. Whyte |
| | Courtroom: 6 |

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT

sd-411130

1     Please take notice that at 9:00 a.m. on March 14, 2008, or as soon thereafter as the matter
2  may be heard, in Courtroom 6, 280 South First Street, San Jose, California, Plaintiff Beckman
3  Coulter, Inc., ("Beckman") will move, and hereby does so move, for an extension of time to serve
4  the summons and complaint in this action, and a continuance of the currently-scheduled case
5  management conference.

6     Pursuant to Civil Local Rule 6-3, Plaintiff respectfully requests a 60-day extension of the
7  deadline for service of the summons and complaint on Defendant Hemosense, Inc.
8  ("Hemosense"). Beckman also requests that the Case Management Conference, currently
9  scheduled for February 22, 2008, be taken off calendar, to be rescheduled after Hemosense is
10 served with and responds to the complaint.

11    The Federal Rules provide that service should be effected within 120 days of filing the
12 complaint. Fed. R. Civ. P. 4(m). However, the rule also specifies that on a showing of "good
13 cause," the court "must extend the time for service for an appropriate period." *Id.* Here, good
14 cause exists for an extension of the deadline for service of process. Beckman filed the Complaint
15 on October 15, 2007, so the deadline is currently February 12, 2008. However, the parties are
16 engaged in settlement discussions, and these discussions may make service of the complaint
17 unnecessary. (Declaration of David C. Doyle in Support of Motion for Extension of Time ¶ 2.)

18    Also, good cause exists to take the currently-scheduled case management conference off
19 calendar. Rescheduling the conference when Hemosense has been brought into the case and the
20 pleadings are complete will avoid any unnecessary waste of this Court's resources.

Dated: February 8, 2008

By:  /s/ David C. Doyle
     David C. Doyle
     ddoyle@mofo.com
     Attorneys for Plaintiff
     BECKMAN COULTER, INC.

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT     1
sd-411130