| | |
|---|---|
| 1 | DAVID C. DOYLE (CA SBN 70690) |
| | STEVEN E. COMER (CA SBN 154384) |
| 2 | PENG CHEN (CA SBN 205718) |
| | KATHERINE L. PARKER (CA SBN 222629) |
| 3 | DDoyle@mofo.com |
| | SComer@mofo.com |
| 4 | PChen@mofo.com |
| | KParker@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Drive |
| 6 | Suite 100 |
| | San Diego, California 92130-2040 |
| 7 | Telephone: 858.720.5100 |
| | Facsimile: 858.720.5125 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | BECKMAN COULTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BECKMAN COULTER, INC., | Case No.   C 07-05246-RMW |
| Plaintiff, | **DECLARATION OF DAVID C. DOYLE IN SUPPORT OF PLAINTIFF BECKMAN COULTER, INC.'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| HEMOSENSE, INC., | |
| Defendant. | |
| | Civ. Loc. Rule 6-3 |
| | Complaint Filed: Oct. 15, 2007 |
| | Date: March 14, 2008 |
| | Time: 9:00 a.m. |
| | Judge: Hon. Ronald M. Whyte |
| | Courtroom: 6 |

DOYLE DEC ISO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT
sd-411192

I, David C. Doyle, declare as follows:

1. I am a member of the bar of the State of California and am a partner with the law firm of Morrison & Foerster LLP, which represents Beckman Coulter, Inc. ("Beckman") in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them.

2. Beckman filed the Complaint in this action on October 15, 2007. Because Beckman and Defendant Hemosense, Inc. ("Hemosense") have been engaging in settlement discussions, Beckman has not served the Complaint on Hemosense. Beckman has also engaged in discussions with Inverness Medical Innovations, which has acquired Hemosense.

3. Beckman has not attempted to secure a stipulation from Hemosense regarding this extension, because Hemosense has not been served or made an appearance in this case.

4. Good cause exists for the requested extension, because the parties are engaged in settlement discussions. Beckman seeks to postpone active litigation and involvement from the Court, which may be unnecessary should the parties resolve Beckman's claim.

5. There are no previous time modifications in this case.

6. Beckman's requested extension would affect the schedule in this case by approximately 60 days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of February, 2008, at San Diego, California.

By: /s/ David C. Doyle
David C. Doyle

Attorneys for Plaintiff
BECKMAN COULTER, INC.

DOYLE DEC ISO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT
sd-411192

1