1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BECKMAN COULTER, INC., | Case No.   C 07-05246-RMW |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO SERVE THE SUMMONS AND COMPLAINT AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| HEMOSENSE, INC., | |
| Defendant. | |

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT
sd-411411

1       Plaintiff Beckman Coulter, Inc. ("Beckman") has moved the Court for an Order extending the time to serve the summons and complaint on Defendant Hemosense, Inc., and taking the case management conference scheduled for February 22, 2008 off calendar. Having considered the papers presented, the Court finds that good cause for the requested relief has been shown. Beckman's motion is therefore GRANTED, and the Court ORDERS that Beckman shall have until April 14, 2008 to serve the summons and complaint in this action. The Court further ORDERS that the February 2, 2008 case management conference is taken off calendar.

                                            It is so ORDERED.

Dated: _____            _____

                                        United States District Judge

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT    1
sd-411411