1
2
3
4
5
6
7   *E-FILED - 2/14/08*
8             UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION
11

12  BECKMAN COULTER, INC.,              Case No.   C 07-05246-RMW

13              Plaintiff,              [] ORDER
                                        GRANTING EXTENSION OF
14       v.                             TIME TO SERVE THE
                                        SUMMONS AND COMPLAINT
15  HEMOSENSE, INC.,                    AND CONTINUANCE OF CASE
                                        MANAGEMENT CONFERENCE
16              Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

[] ORDER GRANTING EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT
sd-411411

1  Plaintiff Beckman Coulter, Inc. ("Beckman") has moved the Court for an Order extending
2  the time to serve the summons and complaint on Defendant Hemosense, Inc, and taking the case
3  management conference scheduled for February 22, 2008 off calendar. Having considered the
4  papers presented, the Court finds that good cause for the requested relief has been shown.
5  Beckman's motion is therefore GRANTED, and the Court ORDERS that Beckman shall have
6  until April 14, 2008 to serve the summons and complaint in this action. The Court further
7  ORDERS that the February 2, 2008 case management conference is taken off calendar.
8  It is so ORDERED.

10  Dated:  2/14/08   /s/ Ronald M. Whyte
11  United States District Judge
12  The Court continues the Case Management Conference for May 23, 2008 @ 10:30 a.m. A Joint Case Management Statement shall be due on May 16, 2008.    (rmw)

[] ORDER GRANTING EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT        1
sd-411411