DAVID C. DOYLE (CA SBN 70690)
STEVEN E. COMER (CA SBN 154384)
PENG CHEN (CA SBN 205718)
KATHERINE L. PARKER (CA SBN 222629)
DDoyle@mofo.com
SComer@mofo.com
PChen@mofo.com
KParker@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
Suite 100
San Diego, California  92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Plaintiff
BECKMAN COULTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>HEMOSENSE, INC.,<br><br>                    Defendant. | Case No.    C 07-05246-RMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**<br><br>Complaint Filed: Oct. 15, 2007<br>Judge: Hon. Ronald M. Whyte<br>Courtroom: 6 |

1    PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil

2  Procedure, the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff

3  Beckman Coulter, Inc.  The complaint was filed in this action on October 15, 2007.  The

4  Defendant has not been served with the complaint.

5

6  Dated: May 19, 2008                    MORRISON & FOERSTER LLP

7

8                                          By:    /s/ David C. Doyle
                                                  David C. Doyle

9                                          Attorneys for Plaintiff
                                           BECKMAN COULTER, INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL                                                    1
sd-425820