UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>HEMOSENSE, INC.,<br><br>    Defendant. | Case No.   C 07-05246-RMW<br><br>**[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**<br><br>Complaint Filed: Oct. 15, 2007<br>Judge: Hon. Ronald M. Whyte<br>Courtroom: 6 |

1 | On this day came to be considered Plaintiff Beckman Coulter, Inc.'s Notice of Voluntary
2 | Dismissal. The Defendant has not been served with the complaint. Therefore, after considering
3 | the Notice, the Court dismisses the complaint in this action, without prejudice, pursuant to Rule
4 | 41(a)(1) of the Federal Rules of Civil Procedure.

It is so ORDERED.

Dated: _____        _____
                              Hon. Ronald M. Whyte
                              United States District Judge

[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL                    1
sd-425851