1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*E-FILED - 5/20/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BECKMAN COULTER, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>HEMOSENSE, INC.,<br><br>            Defendant. | Case No.   C 07-05246-RMW<br><br>**[] ORDER GRANTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**<br><br>Complaint Filed: Oct. 15, 2007<br>Judge: Hon. Ronald M. Whyte<br>Courtroom: 6 |

[] ORDER GRANTING VOLUNTARY DISMISSAL
sd-425851

On this day came to be considered Plaintiff Beckman Coulter, Inc.'s Notice of Voluntary Dismissal.  The Defendant has not been served with the complaint.  Therefore, after considering the Notice, the Court dismisses the complaint in this action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

It is so ORDERED.

Dated: _____5/20/08_____

_Ronald M. Whyte_

_____

Hon. Ronald M. Whyte
United States District Judge